FILED

05/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0151

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 24-0151

| | | |
|---|---|---|
| SCOTT LARSEN AND KAREN LARSEN, | ) | |
| | ) | |
| Plaintiffs and Appellants, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| KEITH SAYERS AND DANIELLE SAYERS, | ) | |
| | ) | |
| Defendants and Appellees. | ) | |
| | ) | |

Pursuant to Appellants Scott and Karen Larsen's Mont. R. App. P. 26(1) motion and good cause appearing,

IT IS HEREBY ORDERED THAT Appellants are granted an extension of time up to and including **June 12, 2024**, in which to file their opening brief in this matter.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 9 2024